UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

ROD GOODMAN,

                      Plaintiff,

         -v-                                 17-cv-1716 (KBF)

UNIVERSAL BEAUTY PRODUCTS INC.,          ORDER

                      Defendant.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 5, 2018

KATHERINE B. FORREST, District Judge:

      The Court has is in receipt of the parties' letter at ECF No. 56.  The Court will grant an extension to April 26, 2018 if plaintiff waives his right to a jury trial.  Otherwise, trial shall commence on March 26, 2018.  Plaintiff is directed to file a letter **not later than March 6, 2018** informing the Court of which option he prefers.

      SO ORDERED.

Dated:     New York, New York
              March 5, 2018

                                                 _____
                                                  KATHERINE B. FORREST
                                                  United States District Judge